UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
April 08, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION H-17-651 |
| FREDDY MONTES, *et al.* | § | |

## Order

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), the Court finds that the ends of justice which will be served by allowing the defendants additional time in which to prepare this case outweigh the best interest of the public and the defendants in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

Accordingly, it is ordered that the agreed motion for continuance (Dkt. 395) is GRANTED and the time between April 8, 2019 and November 12, 2019 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h). It is further ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| October 1, 2019 | All MOTIONS will be filed no later than this date. |
| 20 days from filing of motion | RESPONSES to motions will be filed no later than this date. |
| November 1, 2019 | PROPOSED voir dire, charge, exhibit and witness list due. |
| November 8, 2019 | OBJECTIONS to exhibits/witnesses due. |
| November 12, 2019 @ 10:00 a.m. | PRETRIAL CONFERENCE before Judge Gray H. Miller, 515 Rusk, Courtroom 9D, Houston, Texas. **DEFENDANTS MUST BE PRESENT**. |
| November 12, 2019 @ 1:00 p.m. | JURY SELECTION and TRIAL. |

Signed at Houston, Texas on April 8, 2019.

_____
Gray H. Miller
United States District Judge