UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                  Case Number: 4:17−cr−00651

Walter Lopez

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  6/9/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   May 26, 2022

Nathan Ochsner, Clerk